UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Ferrellgas, L.P., by
and through its general
partner, Ferrellgas, Inc.,

Plaintiff,

vs. MINUTE ORDER

Northwoods Propane, Inc.,

Defendant. Civ. No. 01-04 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of September, 2001.

* * *

The parties jointly move for an extension of certain of the pretrial deadlines and, good cause having been shown, the requested extensions are granted.

NOW, THEREFORE, It is --

ORDERED:

That the parties' joint Motion to extend certain of the pre-trial deadlines is GRANTED, such that the discovery deadline shall now be **November 1, 2001**; the non-dispositive Motion deadline shall be **December 1, 2001**; the dispositive Motion deadline shall be

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**January 1, 2002;** and the "Ready for Trial" date shall be **February 1, 2002.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE